Erik Grafe (AK Bar #0804010)
Hannah Payne Foster (AK Bar #2105045)
Earthjustice
310 K Street, Suite 508
Anchorage, AK 99501
T: (907) 277-2500
egrafe@earthjustice.org
hfoster@earthjustice.org
[*Additional counsel listed on signature page*]

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER et al., <br> *Plaintiffs*, <br> v. <br> DONALD J. TRUMP et al., <br> *Defendants*. | Case No. 3:25-cv-00038-SLG |

**PLAINTIFFS' NOTICE OF RELATED CASE**

Pursuant to L.Civ.R. 16.1(e), Plaintiffs Northern Alaska Environmental Center; Alaska Wilderness League; Oceana, Inc.; Sierra Club, Surfrider Foundation; Healthy Gulf; Center for Biological Diversity; Turtle Island Restoration Network; Natural Resources Defense Council, Inc.; and Greenpeace, Inc. ("Plaintiffs") file this notice of related case. On February 19, 2025, Plaintiffs filed a complaint in this case challenging President Trump's January 20, 2025 Executive Order entitled "Initial Rescissions of Harmful Executive Orders and

Actions" purporting to revoke two of President Biden's orders withdrawing areas of the Outer Continental Shelf from disposition for oil and gas leasing. *N. Alaska Env't Ctr. v. Trump*, No. 3:25-cv-00038 (D. Alaska filed Feb. 19, 2025), Doc. 1. Pursuant to L.Civ.R. 16.1(e) and L.Civ.R. 3.1(b), this matter is related to *League of Conservation Voters v. Trump*, No. 3:17-cv-00101-SLG (D. Alaska filed May 3, 2017) ("*LCV v. Trump*").

The two matters satisfy the related case criteria in L.Civ.R. 3.1(b). First, both cases involve substantially the same parties. L.Civ.R.3.1(b)(1). Northern Alaska Environmental Center, Alaska Wilderness League, Center for Biological Diversity, Sierra Club, Natural Resources Defense Council, and Greenpeace, Inc. are plaintiffs in both actions. The defendants in both actions are identical: President Donald Trump, in his official capacity; the Secreatary of the Interior, now Doug Burgum, in his official capacity, and the Secretary of Commerce, now Howard Lutnick, in his official capacity.

Second, the legal issues in these cases are identical. L.Civ.R. 3.1(b)(1). Both cases claim that an Executive Order purporting to revoke a previous president's withdrawal of federally-owned areas of the Outer Continental Shelf under the Outer Continental Shelf Lands Act ("OCSLA"), violates the Property Clause of the U.S. Constitution, U.S. Const. art. IV, § 3, cl. 2, and exceeds the President's statutory authority under OCLSA or any other statute. *Compare* Complaint ¶¶ 55–

61, 62-66, *LCV v. Trump*, No. 3:17-cv-00101-SLG, Doc. 1 *with* Complaint ¶¶ 77–83, 84–88, *N. Alaska Env't Ctr. v. Trump*, No. 3:25-cv-00038, Doc. 1. These common, identical legal issues have been litigated and decided in *League of Conservation Voters v. Trump*, 363 F. Supp. 3d 1013, 1020–31 (D. Alaska 2019), *vacated and remanded sub nom. League of Conservation Voters v. Biden*, 843 F. App'x 937 (9th Cir. 2021).[1] The facts in each case are also substantially similar. L.Civ.R. 3.1(b)(1). In both cases, President Trump issued an Executive Order that, without reasoning or supporting documentation, purported to revoke his predecessor's withdrawals.

Finally, this case has been reassigned in a manner consistent with L.Civ.R. 3.1(b)(2). Doc. 11. Given the substantially identical parties and factual issues and the identical legal issues, the judicial assignment, Doc. 11, conserves

---

[1] That case was vacated as moot on April 16, 2021, because President Biden reinstated President Obama's withdrawals soon after taking office. *LCV v. Trump*, No. 3:17-cv-00101-SLG, Doc 96. However, President Trump's January 20, 2025 executive order challenged in the above-captioned case also revives his 2017 revocation of President Obama's 2015 and 2016 withdrawals at issue in *LCV v. Trump*. Because of this, many of the overlapping plaintiffs in these cases have filed a motion in *LCV v. Trump* pursuant to Fed. R. Civ. P. 60(b) asking the Court to set aside its dismissal of that case as moot, and reinstate its order and judgment holding that President Trump acted unlawfully during his first term in office when he purported to revoke President Obama's permanent withdrawals of portions of the Arctic and Atlantic outer continental shelf from future oil leasing. *LCV v. Trump*, No. 3:17-cv-00101-SLG (D. Alaska Feb. 19, 2025), Doc. 99.

substantial judicial resources, prevents the parties and the Court from unnecessarily duplicating labor and expense, and minimizes the potential for conflicting results.

Accordingly, Plaintiffs respectfully give notice that this case is related to *LCV v. Trump*, No. 3:17-cv-00101-SLG.

Respectfully submitted this 20th day of February, 2025.

    /s/ Stephen D. Mashuda
Stephen D. Mashuda (*pro hac vice*)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
T: (206) 343-7340
smashuda@earthjustice.org

Erik Grafe (AK Bar #0804010)
Hannah Payne Foster (AK Bar #2105045)
Earthjustice
310 K Street, Suite 508
Anchorage, AK 99501
T: (907) 277-2500
egrafe@earthjustice.org
hfoster@earthjustice.org

George Torgun (*pro hac vice*)
Brettny Hardy (*pro hac vice*)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000
gtorgun@earthjustice.org
bhardy@earthjustice.org

*Counsel for Plaintiffs Northern Alaska Environmental Center, Alaska Wilderness*

NOTICE OF RELATED CASE
*N. Alaska Env't Ctr. et al. v. Donald J. Trump et al.*
Case Nos. 3:25-cv-00038-SLG   Document 12   Filed 02/20/25   Page 4 of 5

*League, Oceana, Inc., Surfrider Foundation, Center for Biological Diversity, Healthy Gulf, Turtle Island Restoration Network, and Greenpeace, Inc.*

Devorah Ancel (CA Bar #261038)
(*pro hac vice* forthcoming)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
T: (415) 845-7847
devorah.ancel@sierraclub.org

*Counsel for Plaintiff Sierra Club*

Jaclyn H. Prange (CA Bar #270929)
(*pro hac vice* forthcoming)
Irene Gutierrez (CA Bar #252927)
(*pro hac vice* forthcoming)
Natural Resources Defense Council
111 Sutter St., Fl. 21
San Francisco, CA 94104
T: (415) 875-6100
jprange@nrdc.org
igutierrez@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*