# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Northern Alaska Environmental Center et al.<br><br>Plaintiff(s),<br>vs.<br>Donald J. Trump et al.<br><br>Defendant(s). | Case No. 3:25-cv-00038<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Irene V. Gutierrez , hereby apply for permission to appear and
    (name)
participate as counsel for Natural Resources Defense Council , Plaintiff ,
                         (Name of party)                    (plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Irene V. Gutierrez

Business Address: NRDC, 111 Sutter St., 21st Fl., San Francisco, CA 94104
(Mailing/Street) (City, State, ZIP)

Residence: 4922 Webster Street, Oakland, CA 94609
(Mailing/Street) (City, State, ZIP)

Business Telephone: 415-875-6100   e-mail address: igutierrez@nrdc.org

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| California | 180 Howard St., San Francisco, CA 94105 | 2007 |
| | | |
| | | |
| | | |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: 02.27.2025

_____
(Signature of Applicant)