# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN ALASKA
ENVIRONMENTAL CENTER, *et al.*,

        Plaintiffs,

    v.

DONALD J. TRUMP, *et al.*,

        Defendants.

Case No. 3:25-cv-00038-SLG

## ORDER RE JUDGE GLEASON'S CHAMBERS COPIES

The parties shall provide a chambers copy for the use of the undersigned judge of every filing that exceeds 50 pages, including attachments. Chambers copies are not part of the official file in the case and are not open to public inspection. Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.
- Exhibits/Attachments must be separately identified with readily visible tabs.
- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

IT IS SO ORDERED.

DATED this 18th day of April, 2025, at Anchorage, Alaska.

                                      */s/ Sharon L. Gleason*
                                      UNITED STATES DISTRICT JUDGE