# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

NORTHERN ALASKA
ENVIRONMENTAL CENTER, *et al.*,

          Plaintiffs,

    v.

DONALD J. TRUMP, in his official
capacity as President of the United
States, *et al.*,

          Defendants,

    and

AMERICAN PETROLEUM INSTITUTE,

          Intervenor-Defendant.

Case No. 3:25-cv-00038-SLG

## ORDER RE MOTION OF THE AMERICAN PETROLEUM INSTITUTE FOR LEAVE TO INTERVENE AS A DEFENDANT

Before the Court at Docket 21 is the Motion of the American Petroleum Institute for Leave to Intervene as a Defendant. Plaintiffs do not oppose. At Docket 29 Defendants responded that they take no position on the motion.

Upon due consideration, the American Petroleum Institute's ("API") motion is GRANTED. IT IS ORDERED that API is hereby admitted into this litigation as an Intervenor-Defendant with full rights of participation. A clean copy of its Answer shall be filed within 7 days of the date of this order. The case caption in this matter is amended as shown above.

DATED this 5th day of May, 2025, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:25-cv-00038-SLG, *NAEC, et al. v. Trump, et al*.
Order re. Motion of the American Petroleum Institute to Intervene as a Defendant
Page 2 of 2

Case 3:25-cv-00038-SLG     Document 30     Filed 05/05/25     Page 2 of 2