TREG TAYLOR
ATTORNEY GENERAL

Mary Hunter Gramling (Alaska Bar No. 1011078)
Chief Assistant Attorney General
David W. Duffy (Alaska Bar No. 0605016)
Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: mary.gramling@alaska.gov
　　　　david.duffy@alaska.gov

Attorneys for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, et al., <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, President of the United States, et al., <br><br> Defendants. | Case No.: 3:25-cv-00038-SLG |

**STATE OF ALASKA'S MOTION TO INTERVENE**

The State of Alaska requests to intervene as a defendant in the above-captioned case under Rule 24 of the Federal Rules of Civil Procedure. The State

requests to intervene as a matter of right, and alternatively asks the Court to grant permissive intervention.

The State has conferred with counsel from the other parties in this matter concerning their position on the State's intervention. The Plaintiffs and Defendant-Intervenor American Petroleum Institute do not oppose the State's intervention. Counsel for the Federal Defendants indicated that the Federal Defendants take no position regarding the State's motion. This motion is supported by the accompanying memorandum, a declaration, the State's proposed answer, and a proposed order. The State's filings for this motion are less than 50 pages, but the State on intervention in subsequent filings if applicable will comply with the previously issued order on chamber copies when filings meet criteria in the order. (Dck. 26).

DATED: May 23, 2025.

                                      TREG TAYLOR
                                      ATTORNEY GENERAL

                                      By:   /s/Mary Hunter Gramling
                                                 Mary Hunter Gramling
                                                 Chief Assistant Attorney General
                                                 Alaska Bar No. 1011078

                                                 /s/David W. Duffy
                                                 David W. Duffy
                                                 Assistant Attorney General

Alaska Bar No. 0605016

Attorneys for State of Alaska

Certificate of Service

I certify that on May 23, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/Mary Hunter Gramling
Mary Hunter Gramling
Chief Assistant Attorney General