ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar # 44303)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (303) 844-1376 / Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>Defendants,<br><br>and<br><br>AMERICAN PETROLEUM INSTITUTE,<br><br>Intervenor-Defendant. | No. 3:25-cv-00038-SLG<br>Honorable Sharon L. Gleason<br><br>**DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION** |

*Northern Alaska Environmental Center v. Trump, et al.*   No. 3:25-cv-00038-SLG
DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION

Case 3:25-cv-00038-SLG   Document 33   Filed 05/27/25   Page 1 of 2

Defendants Donald J. Trump, President of the United States, *et al.* hereby move pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss Plaintiffs' Complaint for lack of jurisdiction. As explained in the accompanying memorandum in support, Plaintiffs' claims should be dismissed because Plaintiffs lack standing and their claims are not ripe, their claims against the President are barred by sovereign immunity and because they lack a right of action, and their claims against the Secretary of the Interior and Secretary of Commerce fail for lack of final agency action.

Respectfully submitted this 27th day of May 2025.

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

        */s/ Luther L. Hajek*
        LUTHER L. HAJEK (CO Bar # 44303)
        Trial Attorney
        United States Department of Justice
        Environment and Natural Resources Division
        999 18th Street, North Terrace, Suite 600
        Denver, CO 80202
        Tel: (303) 844-1376 / Fax: (303) 844-1350
        luke.hajek@usdoj.gov

        *Counsel for Defendants*

*Northern Alaska Environmental Center v. Trump, et al.*    No. 3:25-cv-00038-SLG
DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION    1

Case 3:25-cv-00038-SLG    Document 33    Filed 05/27/25    Page 2 of 2