Erik Grafe (AK Bar #0804010)
Hannah Payne Foster (AK Bar #2105045)
Earthjustice
310 K Street, Suite 508
Anchorage, AK 99501
T: (907) 277-2500
egrafe@earthjustice.org
hfoster@earthjustice.org
[*Additional counsel listed on signature page*]

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*,<br>and<br><br>AMERICAN PETROLEUM INSTITUTE, et al.,<br><br>*Intervenor-Defendants*. | Case No. 3:25-cv-00038-SLG<br><br><br>**JOINT MOTION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs and Defendants respectfully file this joint motion to retain the briefing schedule for Defendants' motion to dismiss previously agreed to by the parties and ordered by the Court.

JOINT MOT. TO SET BRIEFING SCHEDULE FOR DEFS.' MOT. TO DISMISS
*N. Alaska Env't Ctr. et al. v. Donald J. Trump et al.*
Case No. 3:25-cv-00038-SLG

Case 3:25-cv-00038-SLG    Document 46    Filed 07/01/25    Page 1 of 4

Defendants filed their original motion to dismiss on May 27, 2025. ECF No. 33. On June 11, 2025, based on an unopposed motion filed by Plaintiffs, this Court ordered that Plaintiffs file their opposition on or before July 8, 2025, and Defendants file their reply on or before July 29, 2025. ECF No. 36.

On June 16, 2025, Plaintiffs filed a First Amended Complaint for Declaratory and Injunctive Relief. ECF No. 37. Given the new operative complaint, Defendants refiled their motion to dismiss on June 30, 2025. ECF No. 42.

Pursuant to Local Civil Rule 7.2(b), Plaintiffs' opposition to the refiled motion to dismiss is currently due on July 21, 2025, and Defendants' reply is due on August 4, 2025. However, given the parties' prior agreement and pre-existing commitments of counsel, Plaintiffs and Defendants wish to retain the prior Court-ordered dates of July 8, 2025 for Plaintiffs' opposition and July 29, 2025 for Defendants' reply.

Plaintiffs' counsel has contacted counsel for Intervenor-Defendants American Petroleum Institute and State of Alaska, and Intervenor-Defendants do not oppose this motion.

A proposed order is attached hereto.

JOINT MOT. TO SET BRIEFING SCHEDULE FOR DEFS.' MOT. TO DISMISS
*N. Alaska Env't Ctr. et al. v. Donald J. Trump et al.*
Case Nos. 3:25-cv-00038-SLG
Case 3:25-cv-00038-SLG   Document 46   Filed 07/01/25   Page 2 of 4

Respectfully submitted this 1st day of July, 2025.

        */s/ Erik Grafe*
        */s/ Hannah Payne Foster*
        Erik Grafe (AK Bar #0804010)
        Hannah Payne Foster (AK Bar #2105045)
        Earthjustice
        310 K Street, Suite 508
        Anchorage, AK 99501
        T: (907) 277-2500
        egrafe@earthjustice.org
        hfoster@earthjustice.org

        George Torgun (*pro hac vice*)
        Brettny Hardy (*pro hac vice*)
        Earthjustice
        50 California Street, Suite 500
        San Francisco, CA 94111
        T: (415) 217-2000
        gtorgun@earthjustice.org
        bhardy@earthjustice.org

        Stephen D. Mashuda (*pro hac vice*)
        Earthjustice
        810 Third Avenue, Suite 610
        Seattle, WA 98104
        T: (206) 343-7340
        smashuda@earthjustice.org

        *Counsel for Plaintiffs Northern Alaska Environmental Center, Alaska Wilderness League, Oceana, Inc., Surfrider Foundation, Center for Biological Diversity, Healthy Gulf, Turtle Island Restoration Network, and Greenpeace, Inc.*

JOINT MOT. TO SET BRIEFING SCHEDULE FOR DEFS.' MOT. TO DISMISS
*N. Alaska Env't Ctr. et al. v. Donald J. Trump et al.*
Case Nos. 3:25-cv-00038-SLG

Case 3:25-cv-00038-SLG     Document 46     Filed 07/01/25     Page 3 of 4

Devorah Ancel (*pro hac vice*)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
T: (415) 845-7847
devorah.ancel@sierraclub.org

*Counsel for Plaintiff Sierra Club*

Jaclyn H. Prange (*pro hac vice*)
Irene Gutierrez (*pro hac vice*)
Natural Resources Defense Council
111 Sutter St., Fl. 21
San Francisco, CA 94104
T: (415) 875-6100
jprange@nrdc.org
igutierrez@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*


ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ Luther L. Hajek
LUTHER L. HAJEK (CO Bar # 44303)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (303) 844-1376 / Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Counsel for Defendants*

JOINT MOT. TO SET BRIEFING SCHEDULE FOR DEFS.' MOT. TO DISMISS
*N. Alaska Env't Ctr. et al. v. Donald J. Trump et al.*
Case Nos. 3:25-cv-00038-SLG    Document 46    Filed 07/01/25    Page 4 of 4