# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>   Plaintiffs,<br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>   Defendants,<br><br> and<br><br>AMERICAN PETROLEUM INSTITUTE, *et al.*,<br><br>   Intervenor-Defendants. | Case No. 3:25-cv-00038-SLG |

**ORDER RE PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

  Before the Court at Docket 50 is Plaintiffs' Unopposed Motion for Leave to File Second Amended and Supplemental Complaint for Declaratory and Injunctive Relief. Defendants take no position on the motion and Intervenor-Defendants do not oppose the motion. Upon due consideration, the motion is hereby GRANTED. Pursuant to Civil Local Rule 15.1(b), Plaintiffs shall file a complete, clean copy of the Second Amended and Supplemental Complaint for Declaratory and Injunctive Relief within 7 days of this date of this order.

As agreed upon by the parties, within 28 days after Plaintiffs file their amended pleading, Federal Defendants may file a renewed motion to dismiss, Within 21 days after the filing of the renewed motion to dismiss, Plaintiffs shall file their opposition to that motion. Within 14 days after the filing of Plaintiffs' opposition(s), Federal Defendants may file their reply.

Additionally, the State and the American Petroleum Institute's responsive pleading or other response to the amended complaint shall be due within 28 days after Plaintiffs file a complete, clean copy of the amended pleading pursuant to Local Civil Rule 15.1(b).

In light of Federal Defendants' intent to file a renewed motion to dismiss and the new operative complaint in this matter, Defendants' Motions to Dismiss at Docket 33 and at Docket 42 are each DENIED without prejudice.

IT IS SO ORDERED.

DATED this 23rd day of October, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:25-cv-00038-SLG, *NAEC, et al. v. Trump, et al.*
Order Re Plaintiffs' Unopposed Motion for Leave to File Second Amended and Supplemental Complaint for Declaratory and Injunctive Relief
Page 2 of 2
Case 3:25-cv-00038-SLG   Document 52   Filed 10/23/25   Page 2 of 2