Erik Grafe (AK Bar #0804010)
Hannah Payne Foster (AK Bar #2105045)
Earthjustice
310 K Street, Suite 508
Anchorage, AK 99501
T: (907) 277-2500
egrafe@earthjustice.org
hfoster@earthjustice.org
[*Additional counsel listed on signature page*]

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*, <br> and <br><br> AMERICAN PETROLEUM INSTITUTE, <br><br> *Intervenor-Defendant*. | Case No. 3:25-cv-00038-SLG |

## NOTICE OF APPEARANCE

Notice is hereby given that Eric P. Jorgensen enters his appearance as

counsel for Plaintiffs Northern Alaska Environmental Center, Alaska Wilderness

League, Oceana, Inc., Surfrider Foundation, Center for Biological Diversity,

Healthy Gulf, Turtle Island Restoration Network, Greenpeace, Inc., and

Conservation Law Foundation in the above-captioned case along with counsel listed below.

Copies of all notices, motions, and pleadings should also be directed to Eric P. Jorgensen at the address below:

> Eric P. Jorgensen
> Earthjustice
> 325 Fourth Street
> Juneau, AK 99801
> T: (907) 586-2751
> ejorgensen@earthjustice.org

Dated this 2nd day of December, 2025.

/s/ *Eric P. Jorgensen*
Eric P. Jorgensen (AK Bar #8904010)
Earthjustice
325 Fourth Street
Juneau, AK 99801
T: (907) 586-2751
ericj@earthjustice.org

George Torgun (*pro hac vice*)
Brettny Hardy (*pro hac vice*)
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105
T: (415) 217-2000
gtorgun@earthjustice.org
bhardy@earthjustice.org

Erik Grafe (AK Bar #0804010)
Hannah Payne Foster (AK Bar #2105045)
Earthjustice
310 K Street, Suite 508
Anchorage, AK 99501
T: (907) 277-2500

NOTICE OF APPEARANCE
*N. Alaska Env't Ctr. et al. v. Donald J. Trump et al.*
Case Nos. 3:25-cv-00038-SLG
Case 3:25-cv-00038-SLG   Document 56   Filed 12/02/25   Page 2 of 3

egrafe@earthjustice.org
hfoster@earthjustice.org

Stephen D. Mashuda (*pro hac vice*)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
T: (206) 343-7340
smashuda@earthjustice.org

*Counsel for Plaintiffs Northern Alaska Environmental Center, Alaska Wilderness League, Oceana, Inc., Surfrider Foundation, Center for Biological Diversity, Healthy Gulf, Turtle Island Restoration Network, Greenpeace, Inc., and Conservation Law Foundation*