ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar # 44303)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (303) 241-0826 / Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al.*, <br><br>  Defendants, <br><br>  and <br><br> AMERICAN PETROLEUM INSTITUTE, *et al.*, <br><br>  Intervenor-Defendants. | No. 3:25-cv-00038-SLG <br> Honorable Sharon L. Gleason <br><br> **DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK OF JURISDICTION** |

*Northern Alaska Environmental Center v. Trump, et al.*   No. 3:25-cv-00038-SLG
DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION

Case 3:25-cv-00038-SLG   Document 57   Filed 01/16/26   Page 1 of 2

Defendants Donald J. Trump, President of the United States, *et al.* hereby move pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss Plaintiffs' Second Amended Complaint for Declaratory and Injunctive Relief, Dkt. No. 53, for lack of jurisdiction. As explained in the accompanying memorandum in support, Plaintiffs' claims should be dismissed because Plaintiffs lack standing and their claims are not ripe, their claims against the President are barred by sovereign immunity and because they lack a right of action, and their claims against the Secretary of the Interior and Secretary of Commerce fail for lack of final agency action.

Respectfully submitted this 16th day of January 2026.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar # 44303)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (303) 241-0826 / Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Counsel for Defendants*

*Northern Alaska Environmental Center v. Trump, et al.*   No. 3:25-cv-00038-SLG
DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION   1

Case 3:25-cv-00038-SLG   Document 57   Filed 01/16/26   Page 2 of 2